RECEIVED
SDNY PRO SE OFFICE
2026 NOV -4 AM 9:28

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALUE CREATION AI, LLC and JOHN ROUTHIER

Plaintiffs

Civil Action No. 7:26-cv-07973

v.

**MOTION IN SUPPORT FOR CO-DEFENDANT'S MOTION FOR EXTENSION OF TIME FOR ALL DEFENDANTS**

MICHAEL LARGUE a/k/a DANTE MICHAEL ANTHONY VITORIA a/k/a DOMINICK VALENTI, VALENTI PARTNERS LLC, MICHAEL BACH and BACH CAPITAL

Defendants

It appears that this motion is a duplicate copy of the motion docketed on October 29, 2026 (Doc. 22) which the Court denied on November 6, 2026 (Doc. 24).

The Clerk of Court is respectfully directed to: mail copies of this order to both Mr. Bach and Mr. Valenti; and terminate the pending duplicate motion (Doc. 23).

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
November 10, 2026

**1.** Dominick Valenti, Pro Se Defendant as the I
in Support for Co-Defendant's Motion for Exter
Wednesday, December 9th, 2026, to file an Ans
exists for the requested extension of Co-Defendant as set forth herein and the granting of the requested extension will not prejudice the opposing party or the efficient administration of justice.

**2.** On or about September 28th, 2026, I received a Summons and Complaint in the above-captioned matter. Although the Complaint referenced multiple exhibits it did not include the actual exhibits, making the service of same improper.

3. On Tuesday September 29th, 2026, I reached out to Counsel for the Plaintiffs by both email and phone advising them of the improper service and requesting an extension of

time to answer once the proper Complaint was served. Neither the email was responded to nor the telephone calls returned.

4. Proper service was completed on October 9th, 2026, for both Defendants Dominick Valenti and Valenti Partners LLC and as a result the time to file an answer to the Complaint is Monday November 2nd, 2026. Valenti Partners LLC is fully owned by Dominick Valenti.

5. On or about October 16th, 2026, I filed a Motion For Extension of Time to answer the Complaint by December 9th, 2026. Unfortunately, the Pro Se Intake Unit did not receive said Motion and as a result, the Motion For Extension of Time to answer the Complaint by December 9th, 2026, was emailed on October 23rd, 2026.

6. On October 26th, 2026, the Court granted my Motion and extended my time to answer until December 9th, 2026. A core reason for filing my Motion for Extension of Time to answer the Complaint by December 9th, 2026, was to secure counsel for Valenti Partners, LLC who must be represented by counsel and cannot represent themselves Pro-Se.

7. As set forth in the Co-Defendant's Motion, the other Defendants in this matter experienced the same improper service as well. On or about September 23rd, 2026, service was attempted on Michael Bach and Bach Capital Management, and the Complaint did not include the referenced exhibits making the service improper. On Friday September 25th, 2026, and again on Monday September 28th, 2026, Defendant Pro Se Bach reached out to Counsel for the Plaintiffs by both email and phone advising them of the improper service and requesting an extension of time to answer once the

proper Complaint was served. Neither the email was responded to nor the telephone call returned.

8. On or about September 29th, 2026, Defendant Pro Se Bach again received two (2) copies of a Summons and Complaint in the above captioned matter. These Complaints contained the referenced exhibits and as a result service was proper and the time to file an answer to the Complaint for Defendants Michael Bach and Bach Capital Management is October 21st, 2026.

9. On or about October 15th, 2026, Pro Se Defendant Michael Bach filed a Motion for Extension of Time to answer the Complaint until December 9th, 2026. On October 22nd, 2026, Motion was granted. A core reason for filing Co-Defendant's Motion for Extension of Time to answer the Complaint by December 9th, 2026, was to secure counsel for Bach Capital Management, Inc. who must be represented by counsel and cannot represent themselves Pro-Se.

10. This case involves facts and legal issues common to all Defendants in this matter, and it would be an inefficient exercise of judicial administration to have different dates for the related Defendants to provide answers and relevant counter claims.

11. Furthermore, it is exceedingly unfair to have co Defendants Bach Capital Management, Inc and Valenti Partners, LLC not to be extended additional time to answer the Complaint when the express purpose of both Michael Bach and Dominick Valenti's Motion to Extend the Time to Answer was to retain Counsel for the respective companies to be brought up to speed on all facts pertaining to the Complaint.

12. Granting the requested extension will not prejudice the opposing party or the efficient administration of justice. The Complaint has just been served and anything substantive in this matter is many months away.

13. The Court is authorized to extend the time to answer as may be just and upon a showing a reasonable excuse for delay. Such an extension may be granted upon the application of a party. It is undeniable that Co-Defendant's Motion For Extension of Time For All Defendants sets forth a reasonable excuse for delay.

14. WHEREFORE, Dominick Valenti, Defendant Pro Se respectfully requests that the Court grant Co-Defendant Pro Se Michael Bach's Motion for an Order extending the deadline for an Answer for all Defendants in this matter to December 9th, 2026.

**Respectfully submitted,**

_______________________________

Dominick Valenti
2791 Cropsey Avenue
Brooklyn, NY 11214
347-355-0800
valentipartners@gmail.com
Self-represented Defendant

Dated: October 28th, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of October 2026, a true and correct copy of the foregoing document was served upon the following parties or their counsel of record by U.S. mail, postage prepaid:

Counsel for Plaintiffs

Andrew R. Goldenberg, Esq.
Timothy A. Chorba, Jr. Esq.
Levy Goldenberg, LLP
561 Seventh Avenue – 17th Floor
New York, NY 10018

Michael Bach
Bach Capital Management, Inc.
15 Bank Street – Apt 120I
White Plains, NY 10606

Daniel Patrick Moynihan Courthouse
Pro Se Intake Unit
500 Pearl Street, Room 205
New York, NY 10007

______________________________
Signature

ValentiPartners
1330 Ave of the Americas
23rd Floor
New York, NY 10019

MID-ISLAND NY 117
29 OCT 2026PM 5 L

FOREVER
877111210152507




RECEIVED
SDNY PRO SE OFFICE
2026 NOV -4 AM 9:28

Daniel Patrick Moynihan Courthouse
Pro Se Intake - Unit
500 Pearl St. Room 205
New York, NY 10007

10007-131699

USMP3
SDNY